IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

UNITED STATES OF AMERICA        )
                                )
        v.                      )            CR 119-076
                                )
DERRICK DAMON STREETMAN         )
                        _____

**O R D E R**
                        _____

Counsel have advised the Court all pretrial motions have been satisfied or otherwise

resolved. (See doc. no. 19.) Therefore, a motions hearing is not necessary, and the pending

motion is **MOOT**. (Doc. no. 17.)

SO ORDERED this 10th day of September, 2019, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA